IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GENE EDWARD SCOTT, II**                                                                 **PLAINTIFF**

v.                             Case No. 4:21-cv-00281-LPR

**USA**                                                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 13th day of April, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE